**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1997**

_____

TYRONE HURT,

        Plaintiff – Appellant,

    and

THE AMERICAN PEOPLE AND AMERICAN CITIZENS WITHIN THIS NATION,

        Plaintiff,

    v.

THE STATE OF NORTH CAROLINA; CHIEF OF POLICE, and all law enforcement,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:15-cv-00194-BO)

_____

Submitted: December 18, 2015      Decided: December 31, 2015

_____

Before GREGORY, DUNCAN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tyrone Hurt, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrone Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hurt v. North Carolina</u>, No. 5:15-cv-00194-BO (E.D.N.C. July 1, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>